UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                CASE NO: 3:10-bk-01958-JAF

MIKHAIL LEVITSKY and
NATALIYA LEVITSKY
                Debtors
_____

## MOTION TO DISMISS FOR FAILURE TO PROVIDE INFORMATION

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and moves the Court to dismiss the above captioned case because the Debtors failed to provide proof of filing the 2007, 2008 and 2009 federal income tax returns as required by 11 U.S.C. §§521(e)(2) and 1308 and provide the certificate from an approved nonprofit budget and credit counseling agency indicating compliance with 11 U.S.C. §109(h) as required by 11 U.S.C. §521(b).

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Trustee's Motion to Dismiss for Failure to Provide Information will be held in **Courtroom 4D**, 4th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, 32202 on **May 18, 2010 at 2:00 p.m.**

    1. The hearing may be continued upon announcement made in open court without further notice.

    2. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    3**. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.**

    4. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

    Respectfully submitted this 21st day of April, 2010.

                                                                        /s/ Douglas W. Neway
                                                                     DOUGLAS W. NEWAY, Trustee
                                                                     Florida Bar No. 709948
                                                                     Post Office Box 4308
                                                                     Jacksonville, Florida 32201-4308
                                                                     Phone: (904) 358-6465
                                                                     Fax: (904) 634-0038

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2010, I mailed a copy of this motion and notice to all interested parties.

                                                                     /s/ Douglas W. Neway

                                                                     Douglas W. Neway, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-01958-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Apr 20 09:25:42 EDT 2010 | JP Morgan Chase Bank, N.A.<br>Law Office of Marshall C. Watson P.A.<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 | Recovery Management Systems Corporation For<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| United States Bankruptcy Court<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202-4267 | 611 Banner Owners Crop<br>166 Montague Street<br>Brooklyn, NY 11201-3551 | Allstate Indemnity Co.<br>P.O. Box 3589<br>Akron, OH 44309-3589 |
| American Express<br>Nationwide Credit<br>P.O. Box 740640<br>Atlanta, GA 30374-0640 | American Express<br>P.o. Box 6618<br>Omaha, NE 68106-0618 | American Express Travel<br>AO Special Research<br>P.O. Box 981540<br>El Paso, TX 79998-1540 |
| CITI Mastercard<br>P.O. Box 16119<br>Philadelphia, PA 19114-0119 | Capital One<br>P.O. Box 2199<br>Northbrook, IL 60065 | Chase<br>Enhanced Recovery<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Chase - WAMU<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Bank, NA<br>United Collect. Bureau<br>P.O. Box 1418<br>Maumee, OH 43537-8418 |
| Chase Home Finance<br>P.O. Box 9001871<br>Louisville, KY 40290-1871 | Coface Collections<br>P.O. Box 8510<br>Metairie, LA 70011-8510 | Discover<br>Northstar - Attn: Fin Ser.<br>P.O. Box 2157<br>Buffalo, NY 14231-2157 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | FL Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Firstsource Adv.<br>P.O. Box 628<br>Buffalo, NY 14240-0628 |
| Fla. Dept. of Revenue<br>Collect. Agency<br>P.O. Box 8045<br>Tallahassee, FL 32314-8045 | Fla. Hosp. Flagler<br>P.O. Box 864417<br>Orlando, FL 32886-0001 | Fla. Hosp. Memorial<br>301 Memorial Med. Pkwy.<br>Daytona Beach, FL 32117-5167 |
| Flagler Cty. Comm.<br>(Emer. Service)<br>1769 E. Moody Blvd.<br>Bunnell, FL 32110-5991 | Ford Motor Credit Company<br>P.O. Box 6508<br>Mesa, AZ 85216-6508 | Hancock Bank<br>P.O. Box 4019<br>Gulfport, MS 39502-4019 |
| Henry Loeffler<br>5127 New Utrecht Ave.<br>Brooklyn, NY 11219-3827 | Home Depot<br>LTD Financial<br>7322 SW Frwy, Ste. 1600<br>Houston, TX 77074-2053 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |

| | | |
|---|---|---|
| JC Penney<br>Allied Interstate<br>P.O. Box 361776<br>Columbus, OH 43236-1776 | JPMorgan Chase Bank NA<br>1800 NW 49th Street, Suite 120<br>Fort Lauderdale, FL 33309-3092 | Lowe's<br>P.O. Box 628<br>Elk Grove, CA 95759-0628 |
| Macy's<br>P.O. Box 140310<br>Toledo, OH 43614-0310 | Marina Rabkin, MD<br>4869 Palm Coast Prkwy.NW<br>Palm Coast, FL 32137-3661 | Matthew Pines<br>Pinetex Upholstery<br>637 E. 8th St.<br>Brooklyn, NY 11218-5905 |
| Money Pages<br>8375 Dix Ellis Trail<br>Suite 201<br>Jacksonville, FL 32256-8241 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | People's First Community<br>1022 W 23rd Street<br>Panama City, FL 32405-3608 |
| Radiology Spec.<br>P.O. Box 864414<br>Orlando, FL 32886-0001 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Robert C. Bianco, M.D.<br>14 Office Park Drive<br>Suite 1<br>Palm Coast, FL 32137-3830 |
| Sam's Club<br>Prof. Bureau<br>P.O. Box 628<br>Elk Grove, CA 95759-0628 | Sears/CITI<br>LVNV Funding<br>Creditros Interchange<br>P.O. Box 1335<br>Buffalo, NY 14240-1335 | Shapiro, DiCaro & Barak<br>250 Mile Crossing Blvd.<br>Suite One<br>Rochester, NY 14624-6242 |
| TD Bank<br>Attn: Rec. Dept.<br>P.O. Box 9547<br>Portland, ME 04112-9547 | Tax Collector, Flagler County<br>Suzanne Johnston<br>P.O. Box 846<br>Bunnell, FL 32110-0846 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Victoria Secret<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | Wagner & Hunt<br>P.O. Box 934788<br>Pompano Beach, FL 33093-4788 | Wash. Chase Bank<br>Mildo Receiv.<br>Enhanced Recovery<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| Washington Mutual Bank<br>Thomas Landis, Esq.<br>4 Glenwood Square<br>Suite 220<br>Bensalem, PA 19020-2025 | Watercanal ER Serv.<br>P.O. Box 8600<br>Philadelphia, PA 19101-8600 | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Mikhail Levitsky<br>208 Frontier Drive<br>Palm Coast, FL 32137-8407 | Nataliya Levitsky<br>208 Frontier Drive<br>Palm Coast, FL 32137-8407 | Timothy M. Goan<br>1 Hargrove Grade, Suite 2<br>Palm Coast, FL 32137-5159 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

End of Label Matrix
Mailable recipients   56
Bypassed recipients    0
Total                 56